United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN FITZGERALD,
Plaintiff,
v.
TIBURON POLICE DEPARTMENT,
Defendant.

Case No. 26-cv-13861-SK

**SUA SPONTE ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Araceli Martinez-Olguin to determine whether it is related to *Fitzgerald v. Tiburon Police Department*, Case No. 26-cv-6929-AMO.

**IT IS SO ORDERED**.

Dated: November 19, 2026

SALLIE KIM
United States Magistrate Judge